■ In the Matter of RICKEY D. STIMSON, Appellant, v ANDREA L. RIFKIN, Respondent. [778 NYS2d 396]—Appeal from an order of the Family Court, Genesee County (Eric R. Adams, J.), entered February 7, 2003. The order dismissed the petitions for modification of a prior custody and visitation order.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Cherilyn P.*, 192 AD2d 1084 [1993], *lv denied* 82 NY2d 652 [1993]; *see also* CPLR 5511). Present—Pigott, Jr., P.J., Pine, Kehoe, Martoche and Hayes, JJ.